# IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS CHARLES ELGAS, JR.,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 78707

**FILED**

JUL 2 9 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; David M. Jones, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal.[1] Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.[2]

_____, J.
        Hardesty

_____, J.
        Stiglich

_____, J.
        Silver

----

[1]The conditional sanctions imposed on July 5, 2019, are vacated.

[2]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

Given this dismissal, no action will be taken on appellant's July 10, 2019, motion for an extension of time.

19-31812

cc:    Hon. David M. Jones, District Judge
       Lipp Law LLC
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk
       Thomas Charles Elgas, Jr.
       Supreme Court Law Librarian